**Dismiss; Opinion Filed September 3, 2020**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01397-CV**

**COREY STEELE, Appellant**
**V.**
**UG NATIONAL CONSTRUCTIVE AND**
**CY ADDISON HOSPITALITY PARTNERS, LLC, Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07861**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Carlyle

This appeal was filed November 11, 2019, and to date, the clerk's record has not been filed because appellant has not paid for it. Although appellant filed in the trial court a statement of inability to afford payment of costs, the trial court sustained appellees' challenge to appellant's claim and ordered appellant, in relevant part, to pay the fee for the clerk's record in installments of $250 per month until paid in full. *See* TEX. R. CIV. P. 145(a), (f). We reviewed the trial court's order on appellant's motion and, by opinion dated May 18, 2020, affirmed the order. *See Steele v. UG*

*Nat'l Constructive*, 05-19-01397-CV, 2020 WL 2519895 (Tex. App.—Dallas May 18, 2020, no pet.) (mem. op.).

Following our opinion, we ordered appellant to file, no later than June 5, 2020, written verification he had paid the first installment. We subsequently extended the deadline to June 26, 2020. Although our orders setting the June 5th and June 26th deadlines cautioned appellant that failure to comply would result in the appeal being dismissed without further notice, appellant has not complied. *See* TEX. R. APP. P. 37.3(b). Accordingly, we dismiss the appeal. *See id.*

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

191397F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

COREY STEELE, Appellant

No. 05-19-01397-CV      V.

UG NATIONAL CONSTRUCTIVE
AND CY ADDISON
HOSPITALITY PARTNERS, LLC,
Appellees

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-07861.
Opinion delivered by Justice Carlyle,
Justices Molberg and Browning
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 3rd day of September, 2020.